2008-3170
POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB
Attorney ID:  WP0186

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : Case No. 11-12509-MBK |
| James  Breazzano | : |
| | : Hearing Date:  8/8/2011 at 10:00 AM |
| | : |
| **Debtor(s)** | : Judge:  Honorable Michael B. Kaplan |
| | : |
| | : Chapter: 13 |

NOTICE OF MOTION FOR ORDER VACATING AUTOMATIC STAY
AS TO REAL PROPERTY

| | |
|---|---|
| James Breazzano | Marc C. Capone, Esquire |
| 65 US Highway 202 Apt. A | 60 Highway 71, Unit 2 |
| Ringoes NJ  08551 | Spring Lake Heights NJ  07762 |
| | |
| | Albert  Russo, Trustee |
| | CN 4853 |
| | Trenton NJ  08650-4853 |

   PLEASE TAKE NOTICE that the undersigned attorney for Wells Fargo Bank, N.A. servicing agent for Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB, will apply to the United States Bankruptcy Court located at 402 E. State Street, Trenton, New Jersey,  for an Order to vacate the automatic stay to authorize the moving party to prosecute a foreclosure action for the reason that the debtor has materially defaulted in the plan by failing to make regular mortgage

payments outside the plan.

TAKE FURTHER NOTICE that the moving party waives oral argument and shall be relying upon the certification submitted herewith.  Costs and a counsel fee will also be requested.  The property involved is known as 855 Sycamore Avenue, Tinton Falls Borough, NJ.

          POWERS KIRN, LLC
          Attorneys for Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB

          By:  /s/  William M. E. Powers III
               William M. E. Powers III

Dated:  July 19, 2011