2008-3170
Loan# (Last 4 digits): 2928
POWERS KIRN, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057
856-802-1000
Attorney for Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB
WP0186

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
James Breazzano

**Debtor(s)**

: CASE NO. 11-12509-MBK
:
: CHAPTER: 13
:
: HEARING DATE: 08/08/11 10:00 AM
:

**CERTIFICATION BY MORTGAGEE**
(Default in Chapter 13 Payments Outside of Plan)

Cynthia Callender does hereby certify:

1. I am <u>Vice President of Loan Documentation</u> of Wells Fargo Bank, N.A. servicing agent for Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB, the holder of a note and mortgage on premises known as 855 Sycamore Avenue, Tinton Falls, NJ 07724. Copies of the supporting documents are attached hereto.

2. The debtor's petition was filed on <u>1/31/2011</u>

3.  (a) Amount of debtor's monthly mortgage payment — $3,683.90

    (b) Amount of monthly late charges — $141.53

    (c) Total monthly payment including late charge — $3,825.43

3.1 Where applicable, debtor's monthly mortgage payment changed effective with the post-petition payment due on __N/A__ .

3.1  (a) Amount of debtor's monthly mortgage payment

    (b) Amount of monthly late charges

    (c) Total monthly payment including late charge — $0.00

4. Debtor should have made __5__ payments outside of the plan since the date of filing petition.

5. Since the date of filing, debtor has made __0__ payments.

6. Debtor is behind __5__ months in payments outside of the plan, through the payment due on __06/01/2011__ .

7. The total amount of delinquency outside of the plan is __$19,302.15__ . The post-petition payment delinquency is computed in the following manner: See attached schedule.

8. These figures are current as of payment received on or before __06/28/2011__ .

9. The debtor's post-petition payment history is summarized on the annexed schedules.

10. I certify the foregoing is true. I am aware that if the foregoing statements are willfully false, I am subject to punishment.

                                        /s/ Cynthia Callender

DATED: 07/07/11

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| --- |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>2008-3170<br>POWERS KIRN, LLC<br>728 Marne Highway<br>P.O. Box 848<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB<br>WP0186 |
| In Re:<br>James Breazzano |

Case No.: 11-12509-MBK

Chapter: 13

Hearing Date: 08/08/2011 10:00 AM

Judge: Honorable Michael B. Kaplan

## CERTIFICATION RE POST-PETITION PAYMENT HISTORY
## ON THE NOTE AND MORTGAGE

Cynthia Callender of full age, employed as Vice President of Loan Documentation by Wells Fargo Bank, N.A., servicing agent for Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB, hereby certifies the following information:

Recorded on August 4, 2006, in Monmouth County, in Book 8583 at Page 4473&c

Property Address: 855 Sycamore Avenue, Tinton Falls, NJ 07724

Mortgage Holder: Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB

Mortgagor(s)/Debtor(s): James Breazzano

POST-PETITION PAYMENTS (Petition filed on January 31, 2011)

| Loan(Last 4 digits)# 2928<br>Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
| --- | --- | --- | --- | --- | --- |
| 1. $3,825.43 | 02/01/2011 | | $0.00 | | |
| 2. $3,825.43 | 03/01/2011 | | $0.00 | | |
| 3. $3,825.43 | 04/01/2011 | | $0.00 | | |
| 4. $3,825.43 | 05/01/2011 | | $0.00 | | |
| 5. $3,825.43 | 06/01/2011 | | $0.00 | | |
| 6. | | | | | |
| TOTAL: $19,127.15 | | | $0.00 | | |

|  |  |
|---|---|
| Post-Petition Payments Due: | $19,127.15 |
| Less: Amount Received: | $0.00 |
| Appraisal charges: | $75.00 |
| Inspection charges: | $100.00 |
| NSF charges: |  |
| Other (Specify): |  |
| **Total Due:** | $19,302.15 |

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal................ | $2,830.55 | (Principal & Interest, where applicable) |
| Interest.................. | $0.00 | |
| R.E. Taxes............. | $764.52 | |
| Insurance............... | $88.83 | |
| MIP...................... | | |
| Shortage................ | | |
| Cushion/Reserve... | | |
| Late Charge........... | $141.53 | |
| Other..................... | | Specify: |
| TOTAL................. | $3,825.43 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary):

_____
_____
_____

PRE-PETITION ARREARS: _____ to _____

( _____ mos. x $0.00 /mo. = $0.00 )

I certify under penalty of perjury that the foregoing is true and correct.

07/07/2011                                          /s/ Cynthia Callender
Date of signature                                   Signature